# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| MURZANSKI, JAN | § | Case No. 11-37708 |
| BARTOL, LOTTIE J. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/16/2011 . The undersigned trustee was appointed on 09/16/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        22,000.00

Funds were disbursed in the following amounts:

| | |
| --- | --- |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,564.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 1,175.20 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 18,260.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/14/2012 and the deadline for filing governmental claims was 02/14/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,950.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,950.00 , for a total compensation of $ 2,950.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/30/2013                By:/s/MICHAEL G. BERLAND
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 11-37708 BL  Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MURZANSKI, JAN | Date Filed (f) or Converted (c): | 09/16/11 (f) |
| | BARTOL, LOTTIE J. | 341(a) Meeting Date: | 10/13/11 |
| For Period Ending: | 01/30/13 | Claims Bar Date: | 02/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1216 Janas Lane-scheduled | 320,893.00 | 0.00 | | 0.00 | FA |
| 2. 6122 S. Lolmar, chicago-scheduled | 30,425.00 | 0.00 | | 0.00 | FA |
| 3. 122 Greenhouse, Bangor, Michigan-scheduled | 15,600.00 | Unknown | | 18,760.80 | FA |
| 4. MB Financial Checking and savings-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 5. Household goods-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 6. Books, tapes, ce etc-scheduled | 550.00 | 0.00 | | 0.00 | FA |
| 7. Clothing-scheduled | 1,700.00 | 0.00 | | 0.00 | FA |
| 8. Costume jewelry-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 9. Term life insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 10. 529 College Savings Plan-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 11. MMT trucking-scheduled | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. 2005 Infinit-scheduled | 16,250.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $389,568.00   $0.00   $18,760.80   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed a broker to sell real estate, which was sold. The Trustee has to file tax returns.

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

LFORM1 UST Form 101-7-TFR (5/1/2011) (Page: 3)    Ver: 17.00b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-37708 -BL |
| Case Name: | MURZANSKI, JAN |
| | BARTOL, LOTTIE J. |
| Taxpayer ID No: | - |
| For Period Ending: | 01/30/13 |

| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6708 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/12 | 3 | Van Buren County Abstract Office | | | 18,760.80 | | 18,760.80 |
| | | | Memo Amount: 22,000.00 | 1110-000 | | | |
| | | | SALE OF 1221 BANGOR MICHIGAN | | | | |
| | | | Memo Amount: ( 1,540.00 ) | 3510-000 | | | |
| | | | PAID REAL ESTATE COMMISION | | | | |
| | | | Memo Amount: ( 380.37 ) | 5800-000 | | | |
| | | | 2012 TAX PRORATION | | | | |
| | | | Memo Amount: ( 794.83 ) | 5800-000 | | | |
| | | | 2011 DELIQ PROP TAXES | | | | |
| | | | Memo Amount: ( 334.80 ) | 2500-000 | | | |
| | | | TITLE FEE | | | | |
| | | | Memo Amount: ( 24.20 ) | 2500-000 | | | |
| | | | CITY/COUNTY TAX STAMPS | | | | |
| | | | Memo Amount: ( 165.00 ) | 2500-000 | | | |
| | | | STATE TAX STAMPS | | | | |
| 09/12/12 | 000101 | Gloria Longest | Payment per court order for preparation of tax returns | 3410-000 | | 500.00 | 18,260.80 |

| Memo Allocation Receipts: | 22,000.00 |
| Memo Allocation Disbursements: | 3,239.20 |
| Memo Allocation Net: | 18,760.80 |

| COLUMN TOTALS | 18,760.80 | 500.00 | 18,260.80 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 18,760.80 | 500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,760.80 | 500.00 | |

| Total Allocation Receipts: | 22,000.00 |
| Total Allocation Disbursements: | 3,239.20 |
| Total Memo Allocation Net: | 18,760.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******6708 | 18,760.80 | 500.00 | 18,260.80 |
| | 18,760.80 | 500.00 | 18,260.80 |

Page Subtotals   18,760.80   500.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-37708 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MURZANSKI, JAN | Bank Name: | Congressional Bank |
|  | BARTOL, LOTTIE J. | Account Number / CD #: | *******6708 Money Market Account |
| Taxpayer ID No: | - |  |  |
| For Period Ending: | 01/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 30, 2013 |
|---|---|---|---|---|---|---|

Case Number: 11-37708  
Debtor Name: MURZANSKI, JAN  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $0.00 | $1,386.10 | $1,386.10 |
| 000002<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $0.00 | $1,347.37 | $1,347.37 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $5,446.65 | $5,446.65 |
| 000004<br>070<br>7100-00 | Midland Fundng LLC.<br>assignee of Captial Reocvery<br>25 S.E.2nd Avenue,suite 1120<br>Miami, Florida 33131 | Unsecured | | $0.00 | $2,066.22 | $2,066.22 |
| 000005<br>070<br>7100-00 | Asset Acceptance, LLC<br>Assignee BANK OF AMERICA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $10,640.11 | $10,640.11 |
| 000006<br>070<br>7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $0.00 | $2,440.43 | $2,440.43 |
| 000007<br>070<br>7100-00 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA,)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $4,143.18 | $4,143.18 |
| 000008<br>070<br>7100-00 | Midland Fundng LLC.<br>assignee of Captial Reocvery<br>25 S.E.2nd Avenue,suite 1120<br>Miami, Florida 33131 | Unsecured | | $0.00 | $7,384.69 | $7,384.69 |
| 000009<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $7,724.50 | $7,724.50 |
| 000010<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $8,782.96 | $8,782.96 |
| 000012<br>070<br>7100-00 | Springleaf Financial Services<br>PO Box 971<br>Evansville, IN 47706 | Unsecured | | $0.00 | $2,120.31 | $2,120.31 |
| 000013<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $924.66 | $924.66 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 30, 2013 |

| Case Number: | 11-37708 | | Claim Class Sequence | | | |
| Debtor Name: | MURZANSKI, JAN | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000014<br>070<br>7100-00 | Nationwide Credit Service LLC<br>(Elan Financial)<br>POB 1787<br>Longview, WA 98632 | Unsecured | | $0.00 | $4,152.62 | $4,152.62 |
| 000011<br>050<br>4110-00 | Susquehanna Commercial Finance, Inc.<br>2 Country View Road, Suite 300<br>Malvern, PA 19355 | Secured | | $0.00 | $22,952.00 | $0.00 |
| | Case Totals: | | | $0.00 | $81,511.80 | $58,559.80 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-37708
Case Name: MURZANSKI, JAN
BARTOL, LOTTIE J.
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                     $         18,260.80

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,950.00 | $ 0.00 | $ 2,950.00 |

Total to be paid for chapter 7 administrative expenses      $         2,950.00
Remaining Balance                                           $        15,310.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 58,559.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.2 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | $ 1,386.10 | $ 0.00 | $ 362.40 |
| 000002 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | $ 1,347.37 | $ 0.00 | $ 352.28 |
| 000003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 5,446.65 | $ 0.00 | $ 1,424.06 |
| 000004 | Midland Fundng LLC. assignee of Captial Reocvery 25 S.E.2nd Avenue, suite 1120 Miami, Florida 33131 | $ 2,066.22 | $ 0.00 | $ 540.23 |
| 000005 | Asset Acceptance, LLC Assignee BANK OF AMERICA PO Box 2036 Warren, MI 48090 | $ 10,640.11 | $ 0.00 | $ 2,781.92 |
| 000006 | Capital One, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | $ 2,440.43 | $ 0.00 | $ 638.06 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA,) 294 Union St. Hackensack, NJ 07601 | $ 4,143.18 | $ 0.00 | $ 1,083.26 |
| 000008 | Midland Fundng LLC. assignee of Captial Reocvery 25 S.E.2nd Avenue,suite 1120 Miami, Florida 33131 | $ 7,384.69 | $ 0.00 | $ 1,930.77 |
| 000009 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 7,724.50 | $ 0.00 | $ 2,019.62 |
| 000010 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 8,782.96 | $ 0.00 | $ 2,296.35 |
| 000011 | Susquehanna Commercial Finance, Inc. 2 Country View Road, Suite 300 Malvern, PA 19355 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | Springleaf Financial Services PO Box 971 Evansville, IN 47706 | $ 2,120.31 | $ 0.00 | $ 554.37 |
| 000013 | Portfolio Recovery Associates, LLC c/o Orchard Bank POB 41067 Norfolk VA 23541 | $ 924.66 | $ 0.00 | $ 241.76 |
| 000014 | Nationwide Credit Service LLC (Elan Financial) POB 1787 Longview, WA 98632 | $ 4,152.62 | $ 0.00 | $ 1,085.72 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 15,310.80 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE