UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MURZANSKI, JAN | § | Case No. 11-37708 |
| BARTOL, LOTTIE J. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/05/2013 in Courtroom ,
        United States Courthouse
        Joliet City Hall
        150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/20/2013        By: /s/ Michael G. Berland
                                                            Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
                                      §
MURZANSKI, JAN                        §   Case No. 11-37708
BARTOL, LOTTIE J.                     §
                                      §
                                      §
          Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 22,000.00 |
| and approved disbursements of | $ | 3,739.20 |
| leaving a balance on hand of[1] | $ | 18,260.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,950.00 | $ 0.00 | $ 2,950.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,950.00 |
| Remaining Balance | | | $ 15,310.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,559.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ 1,386.10 | $ 0.00 | $ 362.40 |
| 000002 | Midland Credit Management, Inc. | $ 1,347.37 | $ 0.00 | $ 352.28 |
| 000003 | Discover Bank | $ 5,446.65 | $ 0.00 | $ 1,424.06 |
| 000004 | Midland Fundng LLC. | $ 2,066.22 | $ 0.00 | $ 540.23 |
| 000005 | Asset Acceptance, LLC | $ 10,640.11 | $ 0.00 | $ 2,781.92 |
| 000006 | Capital One, N.A. | $ 2,440.43 | $ 0.00 | $ 638.06 |
| 000007 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA,) | $ 4,143.18 | $ 0.00 | $ 1,083.26 |
| 000008 | Midland Fundng LLC. | $ 7,384.69 | $ 0.00 | $ 1,930.77 |
| 000009 | American Express Bank, FSB | $ 7,724.50 | $ 0.00 | $ 2,019.62 |
| 000010 | LVNV Funding LLC | $ 8,782.96 | $ 0.00 | $ 2,296.35 |
| 000011 | Susquehanna Commercial Finance, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | Springleaf Financial Services | $ 2,120.31 | $ 0.00 | $ 554.37 |
| 000013 | Portfolio Recovery Associates, LLC | $ 924.66 | $ 0.00 | $ 241.76 |
| 000014 | Nationwide Credit Service LLC | $ 4,152.62 | $ 0.00 | $ 1,085.72 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 15,310.80 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                          Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-37708-BWB
Jan Murzanski                                                         Chapter 7
Lottie J. Bartol
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 3           Date Rcvd: Feb 21, 2013
                              Form ID: pdf006          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2013.
```
db/jdb     +Jan Murzanski,    Lottie J. Bartol,    1216 Janas Ln.,    Lemont, IL 60439-6121
17802532    AT&T Universal Card,    PO Box 6906,    The Lakes, NV 88901-6906
17802526   +American Bank Leasing,    2 Countryview Rd.,    Malvern, PA 19355-1420
17802527    American Express,    PO Box 0001,    Los Angeles, CA 90096-0001
18293126    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17802529   +Aronson Home Gallery,    3401 W. 47th Street,    Chicago, IL 60632-2927
17802531   #+At&T,    PO Box 8100,    Aurora, IL 60507-8100
18250937   +Atlas Acquisitions LLC   (CITIBANK SOUTH DAKOTA,),     294 Union St.,    Hackensack, NJ 07601-4303
17802534   +Blatt, Hasenmiller, Leibsker & Moor,     125 S Wacker Drive Suite 400,    Chicago, IL 60606-4440
17802535   +Blitt & Gaines PC,    661 Glenn Avenue,    Wheeling, IL 60090-6017
17802536   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: Cach LLC,     370 17th St.,    Suite 5000,    Denver, CO 80202)
17802538   +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
18129221   +Capital One, N.A.,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374-0933
17802539    Chase,    PO Box 15298,    Wilmington, DE 19850-5298
17802540   +Chase Home Finance,    3415 Vision Dr.,    Columbus, OH 43219-6009
17802541    Citi Cards,    PO Box 9095,    Des Moines, IA 50368-9095
17802544    First National Bank,    500 E. 60th Street N,    Sioux Falls, SD 57104-0478
17802545   +First USA,    P.O. Box 8745,    Wilmington, DE 19899
17802546   +Freedman, Anselmo, Lindberg & Pappe,    1807 W. Diehl Rd. #333,    PO Box 3228,
             Naperville, IL 60566-3228
17802548   +HSBC,    P. O. Box 15521,    Wilmington, DE 19850-5521
17802547    Household,    PO Box 17574,    Baltimore, MD 21297-1574
17802551   +Messer & Stilp,    166 W. Washington St., Ste. 300,    Chicago, IL 60602-2390
19932114    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
18656387   +Nationwide Credit Service LLC,    (Elan Financial),    POB 1787,    Longview, WA 98632-8107
17802555   +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
17802556   +Orchard Bank,    PO Box 17051,    Baltimore, MD 21297-1051
18481989   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Orchard Bank,    POB 41067,
             Norfolk VA 23541)
17802557   +Portfolio Recovery & Affil.,    120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502-4962
17802558   +Provident Funding Assoc.,    1235 N. Duttin Ave., Ste E,    Santa Rosa, CA 95401-4666
18455370   +Susquehanna Commercial Finance, Inc.,    2 Country View Road, Suite 300,    Malvern, PA 19355-1420
17802561    Target,    Retailers National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
17802562    The Home Depot,    PO Box 9100,    Des Moines, IA 50364-9100
17802563   +The Law Offices of Michael Bucci,    3501 N. Southport, 119,    Chicago, IL 60657-1435
17802564   +Verizon Wireless,    attn: Sharon West,    1515 Woodfield Dr., Ste. 1400,
             Schaumburg, IL 60173-5443
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17802530     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 22 2013 02:31:17      Asset Acceptance,
              PO Box 2036,    Warren, MI 48090-2036
18096712    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 22 2013 02:31:17      Asset Acceptance, LLC,
              Assignee BANK OF AMERICA,    PO Box 2036,    Warren, MI 48090-2036
17802531    +E-mail/Text: g17768@att.com Feb 22 2013 02:35:17       At&T,   PO Box 8100,    Aurora, IL 60507-8100
18161552    +E-mail/Text: bnc@atlasacq.com Feb 22 2013 02:35:35       Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
17802537     E-mail/Text: bankruptcy@cavps.com Feb 22 2013 04:26:02       Calvary Portfolio Services,
              7 Skyline Drive 3rd Fl.,    Hawthorne, NY 10532
18089412     E-mail/PDF: rmscedi@recoverycorp.com Feb 22 2013 02:43:10       Capital Recovery IV LLC,
              c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17802542     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 22 2013 02:43:53       Discover Financial,
              PO Box 15316,    Wilmington, DE 19850-5316
18062706     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 22 2013 02:43:53       Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17802543    +E-mail/Text: BKNOTICES@EAFLLC.COM Feb 22 2013 02:36:34      Equable Ascent Financial,
              1120 W. Lake Cook,    Ste. B,    Buffalo Grove, IL 60089-1970
17802549     E-mail/Text: bnckohlsnotices@becket-lee.com Feb 22 2013 02:30:47      Kohls/Chase,    P.O. Box 3115,
              Milwaukee, WI 53201-3115
18413636     E-mail/Text: resurgentbknotifications@resurgent.com Feb 22 2013 02:29:45       LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17802550    +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2013 02:42:14       Menards,   13120 Rivercrest Drive,
              Crestwood, IL 60445-4452
17802552     E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2013 02:31:25       Midland Credit Magagement, Inc,
              PO Box 939019,    San Diego, CA 92193-9019
18061178    +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2013 02:31:25       Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17802554    +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 22 2013 03:33:21       NCO Financial,
              507 Prudential Rd.,    Horsham, PA 19044-2368
```

```
District/off: 0752-1          User: dross              Page 2 of 3               Date Rcvd: Feb 21, 2013
                              Form ID: pdf006          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19932115       E-mail/PDF: rmscedi@recoverycorp.com Feb 22 2013 02:47:21
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
17802560       E-mail/PDF: cbp@slfs.com Feb 22 2013 02:51:06      Springleaf Financial Service,   pobox 3251,
                Evansville, IN 47731
18478055       E-mail/PDF: cbp@slfs.com Feb 22 2013 02:43:37      Springleaf Financial Services,   PO Box 971,
                Evansville, IN 47706
17802528       E-mail/PDF: cbp@slfs.com Feb 22 2013 02:51:07      American General,   3519 W. Lake Street,
                Melrose Park, IL 60160
17802559       E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2013 02:42:13      Sam's Club,   PO Box 105980,
                Dept 77,   Atlanta, GA 30353-5980
                                                                                             TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17802533      ##Bank of America,    P.O. Box 5270,   Carol Stream, IL 60197-5270
17802553      ##+NCC,    PO Box 197,   Dunmore, PA 18512-0197
                                                                                         TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2013**                   **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dross              Page 3 of 3           Date Rcvd: Feb 21, 2013
                              Form ID: pdf006          Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2013 at the address(es) listed below:

         Dean  Paolucci    on behalf of Joint Debtor Lottie J. Bartol dean@selectlegal.com
         Dean  Paolucci    on behalf of Debtor Jan  Murzanski dean@selectlegal.com
         Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                               TOTAL: 4