UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| MURZANSKI, JAN | § | Case No. 11-37708 |
| BARTOL, LOTTIE J. | § § | |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MICHAEL G. BERLAND _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| CITY/COUNTY TAX STAMPS | | | | | |
| STATE TAX STAMPS | | | | | |
| TITLE FEE | | | | | |
| LONGEST, GLORIA | | | | | |
| PAID REAL ESTATE COMMISION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2011 DELIQ PROP TAXES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2012 TAX PRORATION | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card PO Box 6906 The Lakes, NV 88901-6906 | | | | | |
| | American General 3519 W. Lake Street Melrose Park, IL 60160 | | | | | |
| | Aronson Home Gallery 3401 W. 47th Street Chicago, IL 60632 | | | | | |
| | Asset Acceptance PO Box 2036 Warren, MI 48090-2036 | | | | | |
| | At&T PO Box 8100 Aurora, IL 60507 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moor 125 S Wacker Drive Suite 400 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt & Gaines PC 661 Glenn Avenue Wheeling, IL 60090 | | | | | |
| | Cach LLC 370 17th St. Suite 5000 Denver, CO 80202 | | | | | |
| | Calvary Portfolio Services 7 Skyline Drive 3rd Fl. Hawthorne, NY 10532 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Equable Ascent Financial 1120 W. Lake Cook Ste. B Buffalo Grove, IL 60089 | | | | | |
| | First National Bank 500 E. 60th Street N Sioux Falls, SD 57104-0478 | | | | | |
| | First USA P.O. Box 8745 Wilmington, DE 19899-8745 | | | | | |
| | Freedman, Anselmo, Lindberg & Pappe 1807 W. Diehl Rd. #333 PO Box 3228 Naperville, IL 60566-7107 | | | | | |
| | HSBC P. O. Box 15521 Wilmington, DE 19805 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Household PO Box 17574 Baltimore, MD 21297-1574 |  |  |  |  |  |
|  | Menards 13120 Rivercrest Drive Crestwood, IL 60445 |  |  |  |  |  |
|  | Messer & Stilp 166 W. Washington St., Ste. 300 Chicago, IL 60602 |  |  |  |  |  |
|  | NCC PO Box 197 Dunmore, PA 18512 |  |  |  |  |  |
|  | NCO Financial 507 Prudential Rd. Horsham, PA 19044 |  |  |  |  |  |
|  | Northland Group PO Box 390905 Minneapolis, MN |  |  |  |  |  |
|  | Orchard Bank PO Box 17051 Baltimore, MD 21297 |  |  |  |  |  |
|  | Portfolio Recovery & Affil. 120 Corporate Blvd., Ste. 1 Norfolk, VA 23502 |  |  |  |  |  |
|  | Sam's Club PO Box 105980 Dept 77 Atlanta, GA 30353-5980 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Retailers National Bank PO Box 59231 Minneapolis, MN 55459-0231 | | | | | |
| | The Home Depot PO Box 9100 Des Moines, IA 50364-9100 | | | | | |
| | The Law Offices of Michael Bucci 3501 N. Southport, 119 Chicago, IL 60657 | | | | | |
| | Verizon Wireless attn: Sharon West 1515 Woodfield Dr., Ste. 1400 Schaumburg, IL 60173 | | | | | |
| 000009 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | ASSET ACCEPTANCE, LLC | | | | | |
| 000007 | ATLAS ACQUISITIONS LLC (CITIBANK SO | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000010 | LVNV FUNDING LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000004 | MIDLAND FUNDNG LLC. | | | | | |
| 000008 | MIDLAND FUNDNG LLC. | | | | | |
| 000014 | NATIONWIDE CREDIT SERVICE LLC | | | | | |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000012 | SPRINGLEAF FINANCIAL SERVICES | | | | | |
| 000011 | SUSQUEHANNA COMMERCIAL FINANCE, INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |